# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161331(7)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* ANONYMOUS JUDGE

BEFORE THE JUDICIAL TENURE COMMISSION

SC: 161331
RFI No. 2019-023400;
       2019-023410;
       2020-023922

_____/

On order of the Court, the motion to shorten the time period under MCR 9.222(A)(2) is considered, and it is GRANTED to the extent that the respondent shall respond in writing to the Commission's written notice of the allegations within 14 days of service.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2020



Clerk

b0728